IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>       Plaintiff,<br><br>    v.<br><br>C.E. DUCART, et al.,<br><br>       Defendants. | No. C 15-4839 JSW (PR)<br><br>**ORDER AMENDING ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS** |

The total filing fee due in this case is $350.00, not $400.00 as indicated in the order granting leave to proceed in forma pauperis, which order is amended accordingly, *nunc pro tunc*.

The Clerk shall send a copy of this order to the Court's financial office.

IT IS SO ORDERED.

DATED: <u>January 11, 2016</u>

_____
JEFFREY S. WHITE
United States District Judge