IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY R. TURNER, | ) | No. C 15-4839 JSW (PR) |
| Plaintiff, | ) ) | **ORDER GRANTING IN PART MOTIONS FOR RETURN OF COMPLAINT; GRANTING EXTENSION OF TIME** |
| v. | ) ) | |
| C.E. DUCART, et al., | ) ) | |
| Defendants. | ) ) | (Dkt. Nos. 9-12) |
| _____ | ) | |

Plaintiff, a California prisoner, has filed this pro se civil rights complaint under 42 U.S.C. § 1983. The complaint was dismissed with leave to amend. He has filed several motions to have the complaint returned to him because he needs it to prepare an amendment and prison officials are keeping his copy of his papers from him. Good cause appearing, the motions (dkt. nos. 9-12) are GRANTED IN PART. Specifically, the Clerk will send Plaintiff a copy of his complaint and attachments, and the deadline for him to file an amended complaint is extended to, and including, March 15, 2016. <u>Failure to amend within the designated time and in accordance with the instructions in the order dismissing the case with leave to amend will result in the dismissal of this action</u>.

IT IS SO ORDERED.

DATED: <u>February 10, 2016</u>

_____
JEFFREY S. WHITE
United States District Judge