IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C.E. DUCART, et al.,<br><br>　　　　Defendants. | No. C 15-4839 JSW (PR)<br><br>**ORDER GRANTING IN PART MOTIONS FOR RETURN OF COMPLAINT; GRANTING EXTENSION OF TIME**<br><br>(Dkt. Nos. 9-11) |

　　Good cause appearing, Plaintiff is granted a final extension of time to file an amended complaint, to and including May 23. 2016.  <u>Failure to amend within the designated time and in accordance with the instructions in the order dismissing the case with leave to amend will result in the dismissal of this action.</u>  As this extension will allow Plaintiff over five months to amend his complaint, no further extensions of time will be granted.

　　IT IS SO ORDERED.

DATED: May 4, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　United States District Judge