UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RECARDO G. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>C. E. DUCART, et al.,<br><br>Defendants. | Case No.  15-cv-04839-JSW<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California prisoner proceeding pro se, filed this civil rights complaint under 42 U.S.C. § 1983.  The complaint was dismissed with leave to amend.  Plaintiff was cautioned that if he did not file a timely amended complaint that cured the deficiencies in the original complaint, the case would be dismissed.  He was granted extensions of time, affording him a total of approximately five months to file the amended complaint.  The deadline for doing so has passed and Plaintiff has not filed an amended complaint.  Accordingly, this case is DISMISSED.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: June 6, 2016

_____
JEFFREY S. WHITE
United States District Judge